# UNITED STATES DISTRICT COURT
## District of Minnesota

Dmytro Kulyk,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-556 SHL/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court DENIES Petitioner's Petition for Writ of Habeas Corpus. (ECF 1.)

Date: 2/2/2026

KATE M. FOGARTY, CLERK